■ In the Matter of Goldstein-Costello Bail Bonding Agency et al., Appellants, v The People of the State of New York, Respondent. [673 NYS2d 949] —Appeal from an order of the County Court of Columbia County (Czajka, J.), entered May 3, 1996, which denied petitioners' application pursuant to CPL article 540 for remission of the forfeiture of a bail bond.

Order affirmed, upon the opinion of Judge Paul Czajka.

White, J. P., Yesawich Jr., Peters, Spain and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.